IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HHM M Trust,                            )
                                        )
            v.                      )    CIVIL NO. 18-326
                                        )
Bayview Loan Servicing,          )
Elizabeth Bennett, Esq.,         )
Peter Wapner, Esq., and          )
Robert Wendt, Esq.,              )
                                        )
            Defendants.          )

## **MEMORANDUM ORDER**

Pending before the court is a pro se application to proceed in the district court without prepaying fees filed by L.M. Parker, TTEE, on behalf of Plaintiff HHM Trust. The application must be denied. The United States Supreme Court held that only a "natural person" may qualify for treatment in forma pauperis. *Rowland v. California Men's Colony*, 506 U.S. 194 (1993). A trust cannot proceed in forma pauperis. The application (ECF No. 1) is DENIED.

SO ORDERED this 23rd day of March, 2018.

                                                 By the Court:

                                                 /s/ JOY FLOWERS CONTI
                                                 Joy Flowers Conti
                                                 United States District Judge